**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Marlene Christie                           CASE NO.: 10–10391–reg
 aka   Marlene Dumas

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:   7
xxx–xx–6344

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Angela G. Tese–Milner is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 4, 2010

                                        Robert E. Gerber, Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: mlopez                Page 1 of 1                  Date Rcvd: May 04, 2010
Case: 10-10391                Form ID: 149                Total Noticed: 3
```

The following entities were noticed by first class mail on May 06, 2010.
```
db           +Marlene Christie,    100 Dekruif Place,    Apt. 15J,    Bronx, NY 10475-2428
tr           +Angela G. Tese-Milner,    Law Offices of Angela Tese-Milner, Esq.,    One Minetta Lane,
               New York, NY 10012-1206
ust          +United States Trustee,    33 Whitehall Street,    21st Floor,   New York, NY 10004-2122
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2010**                    **Signature:** _Joseph Speetjens_